United States District Court
Southern District of Texas
**ENTERED**
June 15, 2026
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| Edrin Bell, | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action H-25-5181 |
| | § | |
| Intown Suites Management, | § | |
| LLC and Kelley Weed, | § | |
| *Defendants.* | § | |

## ORDER

The court ordered InTown to file a declaration stating the citizenship of each of the members of InTown Mar Holdings LP. ECF No. 15 at 5. InTown filed a declaration stating that the sole member of InTown Mar Holdings LP is InTown Mar Holdings GP, LLC. ECF No. 17. InTown did not inform the court of the members of InTown Mar Holdings GP, LLC, which is required for the court to determine InTown's citizenship.

As the court previously explained, citizenship of the LLC's members (or the LP's members) that are also LLCs or limited partnerships is determined by the citizenship of their members. Thus, an LLC may be a citizen of many different states and foreign states if it has multiple layers of LLC or limited partnership membership. *Soaring Wind Energy, L.L.C. v. Catic USA Inc.*, 946 F.3d 742, 750 (5th Cir. 2020).

**By June 19, 2026**, InTown is **ORDERED** to file a declaration under oath by someone with knowledge of the relevant facts stating its citizenship. InTown shall include the citizenship of every member of every LLC or LP in its declaration. The declaration shall state sufficient facts for the court to determine InTown's citizenship.

**Failure to comply will prevent the court from determining the citizenship of InTown and will result in a recommendation that this case be remanded for lack of subject matter jurisdiction without further warning.**

Signed at Houston, Texas, on June 15, 2026.

_____
Peter Bray
United States Magistrate Judge

2